Hon. Karen A Overstreet
Hearing: July 9, 2010, 9:30 a.m.
Response: July 2, 2010

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

NORTHERN MARINE CO., LLC

Debtor

Case No. 10-15245-KAO
Chapter 11

**ORDER GRANTING MOTION TO ASSUME EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND TO REJECT CERTAIN REAL PROPERTY LEASES**

This matter came before the Court on the motion of Northern Marine Co., LLC, debtor in possession, for authority to assume and perform an asset purchase agreement with Richard LeMieux (the "Asset Purchase Agreement" as defined in the Motion), to assume and assign to LeMieux an equipment lease with Wells Fargo Financial under lease number 200756814 (the "Wells Fargo Lease"), and to reject three leases of nonresidential real property, more particularly described in the Motion; notice having been given as required by the Bankruptcy Code and Bankruptcy Rules; the Court having reviewed the files herein and heard arguments of counsel as necessary, and being duly advised, it is hereby ordered:

1. The debtor-in-possession is hereby authorized to assume and perform the Asset Purchase Agreement.

2. The debtor-in-possession is hereby authorized to assume and assign to Richard LeMieux the Wells Fargo Lease; provided that any cure payment shall be made by or on behalf of such assignee.

**SHAFER & BAILEY LLP**
1218 Third Avenue, #1808
Seattle, WA 98101
206 682 4802

ORDER - 1

3.  The debtor-in-possession is hereby authorized to reject the following real property leases, effective as of the petition date herein:  Property address: 3301, 3311 and 3315 T Ave., Anacortes, WA; Property address:  3116 V Place, Anacortes, WA; and Property address: 2302 T Ave., Anacortes, WA.

Dated:_____

_____

**United States Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

Presented By:

SHAFER & BAILEY LLP

/s/ Donald A. Bailey
WSB # 12289
Attorney for Debtor in Possession

**SHAFER & BAILEY LLP**
1218 Third Avenue, #1808
Seattle, WA 98101
206 682 4802

ORDER - 2